

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

**ORIGINAL FILED WITH CLERK**

CHAMBERS OF
**JEROME B. SIMANDLE**
CHIEF JUDGE

November 7, 2013

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
P.O. BOX 2797
CAMDEN, NJ  08101
(856) 757-5167

Erez Liebermann, AUSA
United States Attorney's Office
970 Broad Street, Room 700
Newark, NJ  07102

Bruce Provda, Esq.
Provda Law Firm
40 Wall Street, 11th Floor
New York, NY  10005

Randy L. Shapiro
Global Media Counsel
Bloomberg, L.P.
731 Lexington Avenue
New York, NY  10022

    Re: <u>United States v. Drinkman, et al.</u>; 09-cr-626
       (Dmitriy Smilianets, Defendant)

Dear Counsel:

    I have received two letters, attached, dated August 23, 2013 and October 29, 2013, on behalf of Bloomberg News, which is represented by Ms. Randy L. Shapiro.  Bloomberg News seeks to have the Court unseal all the filings in the action, and not just the partially-redacted Indictment that was released on July 26, 2013.

    I am writing to direct the United States Attorney to show cause why the remaining filings should not be unsealed.  The United States' submission will be due November 15, 2013.  If there is no objection, the United States shall so advise.

    Bloomberg may submit a reply to the United States' submission if it chooses to do so by November 25, 2013.

    I will consider this request at the **status conference** presently scheduled for **Monday, December 2, 2013 at 10:00 A.M.** before the undersigned in **Courtroom 4A** in the United States Courthouse in Camden.  The Court would permit Ms. Shapiro to participate by telephone upon the record, if she indicates that she chooses to do so.

                          Very truly yours,

                            *Jerome B. Simandle*

                            JEROME B. SIMANDLE
                            Chief U.S. District Judge

JBS/mm

Encs.

# Bloomberg

Bloomberg L.P.    731 Lexington Ave  Tel +1 212 318 2000
New York, NY 10022
bloomberg.com

Aug. 23, 2013

Chief Judge Jerome B. Simandle
United States District Court
Mitchell H. Cohen Courthouse
1 John S. Gerry Plaza
Camden, NJ 08101

Re: <u>U.S. v. Drinkman, 09-cr-626</u>

Dear Judge Simandle:

    I am writing to Your Honor on behalf of Bloomberg News, an accredited and global newsgathering organization whose reporter, David Voreacos, has covered the proceedings in the above-referenced action (the "Action"). I write respectfully to request that the filings in the Action be unsealed.

    On July 26, 2013, U.S. Attorney Paul Fishman and the U.S. Department of Justice released modestly-redacted copies of the indictment against five defendants in the Action. See http://www.justice.gov/usao/nj/Press/files/Drinkman,%20Vladimir%20et%20al.%20Indictment%20News%20Release.html, and http://www.justice.gov/opa/pr/2013/July/13-crm-842.html. However, according to PACER, all of the Court filings in the Action, including the indictment released by the government, remain sealed. (The only exception concerns proceedings in Dmitriy Smilianets, 12-mj-3043.)

    Under the First Amendment, the public enjoys a presumptive right of access to criminal proceedings. *See, e.g., Press-Enterprise Co. v. Superior Court of California*, 464 U.S. 501 (1984) ("*Press-Enterprise I*") (voir dire of potential jurors); *Press-Enterprise Co. v. Superior Court*, 478 U.S. 1 (1986) ("*Press-Enterprise II*") (transcripts of a preliminary hearing in a criminal murder trial). Similarly, the Third Circuit has recognized the presumptive right of access to pre-trial court filings in criminal cases. *See, e.g., United States v. Smith*, 776 F.2d 1104 (3d Cir. 1985) (presumption applied, but was overcome, with respect to bill of particulars supporting an indictment). Given that, and in light of the government's publication of the indictment, we respectfully request that all of the filings in the action be unsealed.

Chief Judge Jerome B. Simandle
August 23, 2013
Page 2

      If the Court has any questions or requires any additional information, I can be reached at (212) 617-0814. We appreciate the Court's consideration of this request.

                    Respectfully submitted,

                    Randy L. Shapiro
                    Global Media Counsel

# Bloomberg

October 29, 2013

**BY OVERNIGHT COURIER**

Chief Judge Jerome B. Simandle
United States District Court
Mitchell H. Cohen Courthouse
1 John S. Gerry Plaza
Camden, NJ 08101

RECEIVED
OCT 3 0 2013
JEROME B. SIMANDLE
U.S. DISTRICT JUDGE

Re:  U.S. v. Drinkman, 09-cr-626

Dear Judge Simandle:

I am writing to follow up on my August 23rd letter to the Court, which set forth Bloomberg News's request that the filings in the above-referenced action be unsealed. For ease of reference, I am enclosing a copy of my original letter and would welcome the opportunity to answer any questions the Court may have so that our request may be fully considered. I can be reached at (212) 617-0814.

Respectfully submitted,

Randy L. Shapiro
Global Media Counsel

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.