# Bloomberg

November 25, 2013

**BY OVERNIGHT COURIER**

Chief Judge Jerome B. Simandle
United States District Court
Mitchell H. Cohen Courthouse
1 John S. Gerry Plaza
Camden, NJ 08101

ORIGINAL FILED

NOV 25 2013

WILLIAM T. WALSH, CLERK

Re: U.S. v. Drinkman, 09-cr-626

Dear Judge Simandle:

I just, today, received Your Honor's November 7, 2013 letter addressing Bloomberg News's request that the filings in the above-referenced action be unsealed. I note that the government's opposition, if any, was to be submitted by November 15, and Bloomberg's reply would have been due today (November 25). The docket does not appear to reflect a related submission by the government, so I did not think it necessary to burden the Court with any additional response from Bloomberg. That said, if the Court plans to hear argument on the matter at the upcoming December 2 status conference, I would welcome the opportunity to participate by telephone, which the Court indicated, in the November 7 letter, was possible. Please let me know if there is a telephone number I should dial into, or if the Court would prefer to contact me directly when the issue is ready for discussion ((212) 617-0814).

Respectfully submitted,

Randy L. Shapiro
Global Media Counsel

cc: Erez Liebermann, AUSA
    Bruce Provda, Esq.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.