# REDACTED DOCUMENT

## Docket # 21

## Date Filed: 7/19/12

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA**

v.

**MIKHAIL RYTIKOV,**
   a/k/a
   a/k/a
   a/k/a
   a/k/a

**WARRANT FOR ARREST**

Hon. Jerome B. Simandle

Case Number: 09-626 (JBS)

To:   The United States Marshal
       and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _MIKHAIL RYTIKOV_and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment __ Information ___ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him with

conspiracy to gain unauthorized access to protected computers (Count 1); conspiracy to commit wire fraud (Count 2); unauthorized access to protected computers (Counts 3-8); and wire fraud (Counts 9-11).

in violation of Title ___18___, United States Code, Section(s) __371, 1030, 1343, 1349 and 2.__

| | |
|---|---|
| Hon. Patty Shwartz | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | July 19, 2012, Newark, New Jersey |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: **MIKHAIL RYTIKOV**_____

ALIAS:_____

LAST KNOWN RESIDENCE:_____

LAST KNOWN EMPLOYMENT:_____
PLACE OF BIRTH:_____

DATE OF BIRTH:_____

SOCIAL SECURITY NUMBER:_____

    HEIGHT:_____
    SEX: __M_____    WEIGHT:_____
    HAIR:_____    RACE:_____
                        EYES:_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

FBI NUMBER:_____

COMPLETE DESCRIPTION OF AUTO:_____

INVESTIGATIVE AGENCY AND ADDRESS: United States Secret Service_____