# REDACTED DOCUMENT

Docket # 28

Date Filed: 7/19/13

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIKHAIL RYTIKOV,<br>  a/k/a<br>  a/k/a<br>  a/k/a<br>  a/k/a | **WARRANT FOR ARREST**<br><br>Hon. Jerome B. Simandle<br><br>Case Number: 09-626 (JBS) |

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _MIKHAIL RYTIKOV_ and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment __ Information ___ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him with

conspiracy to gain unauthorized access to protected computers (Count 1); conspiracy to commit wire fraud (Count 2); unauthorized access to protected computers (Counts 3-8); and wire fraud (Counts 9-11).

in violation of Title __18__, United States Code, Section(s) _371, 1030, 1343, 1349 and 2._

Hon. Cathy Waldor
**Name of Issuing Officer**

*[signature]*
**Signature of Issuing Officer**

United States Magistrate Judge
**Title of Issuing Officer**

July 19, 2013, Newark, New Jersey
**Date and Location**

Bail fixed at $ _____ by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at<br>_____ | | |
| Date Received<br><br>Date of Arrest | Name and Title of Arresting Officer | Signature of Arresting Officer |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY**

DEFENDANT'S NAME: _MIKHAIL RYTIKOV_____

ALIAS:_____

LAST KNOWN RESIDENCE:_____

LAST KNOWN EMPLOYMENT:_____
PLACE OF BIRTH:_____

DATE OF BIRTH:_____

SOCIAL SECURITY NUMBER:_____

    HEIGHT:_____    WEIGHT:_____
    SEX: __M_____    RACE: _____
    HAIR:_____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

FBI NUMBER:_____

COMPLETE DESCRIPTION OF AUTO:_____

INVESTIGATIVE AGENCY AND ADDRESS: _United States Secret Service_